IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA IN AND FOR DUVAL COUNTY

RONNIE L. BRIGHT FILED IN COMPUTER N.M. 16-2008-CA-010048 -XXXX-MA
FAYETTA SCOTT CIVIL ACTION
DIVISION CV-A
VS.
FLORIDA DEPARTMENT OF LAW ENFORCEMENT E. LIBERTY ST. JAX, FL 32202
JACKSONVILLE SHERIFF'S OFFICE, JSO 501 E. BAY ST. JAX, FL. 32202
KIM CLAUSEN OFFICER, JSO. 501 E. BAY ST JAX FL 32202
DOLLAR RENTAL CAR FINANCE CORP. 1410 WESTSHORE BLVD. N TAMPA, FL. 33607

CIVIL ACTION PURSUANT TO F.S. RULE 934.10-

WHEREAS, AN APPLICATION ON OATH AND IN WRITING MADE BY RONNIE L. BRIGHT CHARGES CIVIL RIGHTS VIOLATION OF SS.934.03

GROUNDS WILL STATE AS FOLLOWS:

1) ON OR BETWEEN MAY 23, 2007 THROUGH JUNE 19, 2007 JACKSONVILLE SHERIFFS OFFICER KIM CLAUSEN AND OR F.D.L.E. OFFICERS PARTICIPATED IN THE INSTALLATION OF A MOBILE TRACKING DEVICE PLACED ON THE EXTERIOR OF THE PLAINTIFF'S RENTAL CAR WITHOUT A WARRANT FOR THE PURPOSE OF FOLLOWING THE PLAINTIFFS, THUS VIOLATING THE PLAINTIFFS 4th AMENDMANT CONSTITUIONAL RIGHTS.

2.) STATEWIDE PROSECUTOR JASON LEWIS, HAD KNOWLEDGE

OF THE ILLEGAL TRACKING OF THE DEFENDANTS RENTAL CAR BEGINNING MAY 23, 2007 THROUGH JUNE 19, 2007

3) JASON LEWIS ADMITS TO THE OFFICERS RECEIVING PERMISSION FROM DOLLAR RENTAL CAR FINANCE CORP. TO ALLOW INSTALLATION OF A MOBILE TRACKING DEVICE ON PLAINTIFFS RENTAL CAR WITHOUT A WARRANT.

4) DOLLAR RENTAL CAR FINANCE CORP ALLOWED THE OFFICERS TO VIOLATE THE PLAINTIFFS 4th AMENDMANT CONSTITUTIONAL RIGHTS WITHOUT VERIFYING IF THE OFFICERS HAD A COURT ORDER TO TRACK THE PLAINTIFFS. THIS GROSS NEGLECT OF PLAINTIFFS RIGHT TO PRIVACY ALLOWED THE PLAINTIFFS TO BE ILLEGALLY SPIED UPON.

THE RESULTS OF THE DEFENDANTS ACTIONS HAS CAUSED THE PLAINTIFF MENTAL ANGUISH. THE PLAINTIFF STATE OF MIND HAS BEEN DAMAGE TO THE POINT THE PLAINTIFF IS NOW [illegible] IN NEED OF PSYCHOLOGICAL CARE.

WHEREAS, THE PLAINTIFFS HAS NO PLAIN ADEQUATE, OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONG DESCRIBED HEREIN. THE PLAINTIFFS HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF THE DEFENDANTS, UNLESS THIS COURT GRANTS PUNITIVE RELIEF WHICH PLAINTIFFS SEEK.

WHEREFORE, PLAINTIFFS RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGEMENT GRANTING ACTUAL DAMAGES OF TWENTY-SEVEN HUNDRED DOLLARS EACH AGAINST FLORIDA DEPARTMENT OF LAW ENFORCEMENT, JACKSONVILLE SHERIFFS OFFICE, AND KIM CLAUSEN. PUNITIVE DAMAGES IN THE AMOUNT OF SEVENTY-FIVE THOUSAND DOLLARS [illegible]

DEFENDANT. PLAINTIFFS COST IN SUIT. ANY AND ALL MEDICAL COST OF TREATMENT FOR THE PLAINTIFFS. A JURY TRIAL ON ALL ISSUES TRIABLE BY A JURY. ANY ADDITONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE.

RESPECTFULLY SUBMITTED MAY 21 2008

I HAVE READ THE FOREGOING COMPLAINT AND HERE BY VERIFY THAT THE MATTERS ALLEGED ON INFORMATION ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF, AND, AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

RONNIE L. BRIGHT-074127

EXECUTED MAY 21 2008

ST. JOHNS COUNTY JAIL
3955 LEWIS SPEED WAY
ST AUGUSTINE, FL. 32084

RONNIE L. BRIGHT

CC FAYETTA SCOTT
2529 MYRA ST
JACKSONVILLE, FL. 32204

notary: 5-21-08

JASON MITCHELL CABAN
NOTARY PUBLIC - STATE OF FLORIDA
COMMISSION # DD543580
EXPIRES 4/23/2010
BONDED THRU 1-888-NOTARY1

# SUMMARY OF FACTS:

ON MAY 23, 2007 FAYE SCOTT AND RONNIE L. BRIGHT ENTERED INTO A RENTAL AGREEMENT WITH THRIFTY RENTAL CAR, DOLLAR RENTAL CAR FINANCE CORP. FAYE SCOTT AS THE PRIMARY DRIVER, AND RONNIE BRIGHT AS THE ADDITIONAL DRIVER. MS. SCOTT AND MR. BRIGHT BOTH WERE REQUIRED TO SIGN CONTRACTS, AND PROVIDE A VALID DRIVER LICENSE. THE PLAINTIFFS ALSO WERE REQUIRED IN THE AGREEMENT TO PAY AN ADDITIONAL DRIVER FEE. UPON THESE FACTS, AND THE FACTUAL MATTERS ALLEGED HEREIN CAUSES THE PLAINTIFFS TO BELEIVE THAT THEIR HAS [illegible] A VIOLATION OF THE PLAINTIFFS 4th AMENDMENT CONST. RIGHTS.

MAY 23, 2007 JACKSONVILLE SHERIFF OFFICER'S AND OR FLORIDA DEPARTMENT OF LAW ENFORCEMENT PLACED A MOBILE TRACKING DEVICE ON THE PLAINTIFF'S RENTAL CAR WITHOUT A WARRANT. THE OFFICERS TRACKED THE PLAINTIFFS FROM MAY 23, 2007 THROUGH JUNE 19, 2007. KIM CLAUSEN OF THE JACKSONVILLE SHERIFF'S OFFICE APPLIED FOR AN APPLICATION FOR THE INSTALLATION OF A MOBILE TRACKING DEVICE. THE ORDER WAS GRANTED JUNE 21, 2007; AFTER THE PLAINTIFFS HAD ALREADY BEEN TRACKED BY THE DEFENDANTS. KIM CLAUSEN OBTAINING A WARRANT AFTER THE FACT IS A CLEAR SHOWING OF THE OFFICER'S KNOWLEDGE THAT A VIOLATION OF THE FLORIDA STATUE 934.03 HAD TAKEN PLACE.